IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEAMSHIP TRADE ASSOCIATION
OF BALTIMORE, INC. –
INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION (AFL-CIO) BENEFITS
TRUST FUND, et al.,

    Plaintiffs/Judgment Creditor

v.   Civil Action No. Y 96-1437

ALL MARINE MOORINGS, INC., et al.

    Defendants/Judgment Debtors

and

ALL FIRST BANK,

    Garnishee

## ORDER OF DISMISSAL

It appearing from the record that a Writ of Garnishment of Property Other Than Wages was issued by this Court on April 19, 2001, and that said Writ was answered by Garnishee, All First Bank on April 23, 2001, as is shown by the Garnishee's Confession of Assets of Property Other Than Wages on file in this action;

And it further appearing that Garnishee, All First Bank does not have any assets of ALL MARINE MOORINGS, INC., Defendant and Judgment Debtor;

It is therefore this _____ day of _____, 2001, by the United States District Court for the District of Maryland,

2

ORDERED, that the Writ of Garnishment of Property Other Than Wages against Garnishee, All First Bank, in the above captioned matter, be dismissed.

_____
United States District Judge